```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


CONNIE JONES BOUTON AND                         CIVIL ACTION
LIONEL BOUTON


VERSUS                                          NO. 06-7212


STATE FARM FIRE AND CASUALTY                    SECTION: "R"(3)
COMPANY
```

**ORDER**

Before the Court is defendant State Farm Fire and Casualty Company's motion for partial summary judgment on plaintiffs' claims under La. Rev. Stat. § 22:652 and for attorney's fees and 50 percent penalty under La. Rev. Stat. § 22:658. Plaintiffs have indicated that they do not oppose defendant's motion. For the reasons stated in *Weiss v. Allstate Ins. Co.*, 2007 WL 1017341 (E.D. La. Mar. 28, 2007), which the Court adopts and applies in full here, the Court finds it appropriate to grant defendant's motion.

New Orleans, Louisiana, this 31st day of July, 2007.

```
                         SARAH S. VANCE
                    UNITED STATES DISTRICT JUDGE
```